IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN RICHARD KOHRT,

                          Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                          Defendant.

ORDER

14-cv-322-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have moved jointly for judgment reversing the decision of Carolyn W. Colvin, Acting Commissioner of Social Security in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

      On remand, an administrative law judge will obtain a legible copy of the Veteran's Administration disability determination and further evaluate this determination pursuant to 20 C.F.R. § 404.1512(b)(5) and Social Security Ruling 06-03p. The administrative law judge will issue a de novo decision.

ORDER

      IT IS ORDERED that the decision of Carolyn W. Colvin, Acting Commissioner of

1

Social Security in this case is REVERSED. The case is REMANDED to the commissioner.

Entered this 18th day of December, 2014.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge